IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                                                Case No.: 22-cr-81-jdp

ANTHONY J. JAMES,

           Defendant.

---

FINAL ORDER OF FORFEITURE

---

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1.    On July 13, 2022, a federal grand jury sitting in Madison, Wisconsin returned an indictment against defendant Anthony J. James. The one-count indictment charged that on or about April 3, 2022, the defendant, knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a Sterling .22 caliber handgun, said firearms and ammunition having previously traveled in and affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1). The indictment also contained a forfeiture allegation for the forfeiture of firearms and ammunition involved in the commission of the offense, including, but not limited to a Sterling .22 caliber handgun. ECF No. 2.

2. Pursuant to the plea agreement filed on February 1, 2023, the defendant agreed to the forfeit the assets seized by law enforcement on April 3, 2022. ECF. No. 32.

3. On February 10, 2023, the defendant pleaded guilty to the one-count indictment. ECF No. 33.

4. On April 19, 2023, the Court entered a Preliminary Order of Forfeiture. ECF. No. 39.

5. Notice of the forfeiture was published on the official internet government forfeiture site www.forfeiture.gov from April 21, 2023 to May 20, 2023. ECF. No. 49.

6. No third party has made any claim to or declared any interest in the above-described property and the time for filing the petition has expired.

IT IS THEREFORE ORDERED:

1. All right, title, and interest is conveyed to the United States of American in the following:

   a. any firearms and ammunition involved in the commission of the offense, including, but not limited to a Sterling .22 caliber handgun.

2. The items listed above are to be disposed of according to law.

ORDERED this 21ST day of June 2023.

JAMES D. PETERSON
United States District Judge